IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRENDA K. BRISON                                                                                          PLAINTIFF

      v.                                               CIVIL NO. 12-2328

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                        DEFENDANT

## ORDER

    On December 28, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP").  ECF Nos. 1, 2.  Subsequently, an order was entered directing Plaintiff to provide more specific information regarding her IRA.  ECF No. 5.  In lieu of a response, Plaintiff tendered the filing fee of $350.00.  As such, Plaintiff's IFP motion and the Court's previous order have been rendered moot.

    The Court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs.  Defendant is ordered to answer within sixty (60) days from the date of service.

    ENTERED this 16th day of January 2013.

                                           /s/ *J. Marschewski*
                                      HONORABLE JAMES R. MARSCHEWSKI
                                      CHIEF UNITED STATES MAGISTRATE JUDGE