IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRENDA K. BRISON                                                    PLAINTIFF

    V.                                          NO.  12-2328

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                     DEFENDANT

<u>JUDGMENT</u>

For the reason stated in the memorandum opinion of this date, the decision of the

Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The**

**parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.


IT IS SO ORDERED this February 10, 2014.


*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+

Page -1-